IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| INGE SMOTHERS,<br><br>          Plaintiff,<br><br>v.<br><br>ROWLEY MEMORIAL MASONIC HOME d/b/a ROWLEY MASONIC NURSING HOME, LLC; ROWLEY MASONIC ASSISTED LIVING COMMUNITY, LLC d/b/a ROWLEY MEMORIAL MASONIC HOME; HEALTH DIMENSIONS GROUP d/b/a HEALTH DIMENSIONS CONSULTING, INC. d/b/a ROWLEY MEMORIAL MASONIC HOME; KATE KLIMESH; and KRIS SIEFKEN,<br><br>          Defendants. | NO. 4:19-cv-00398<br><br>**NOTICE OF REMOVAL** |

Defendants Rowley Memorial Masonic Home and Rowley Masonic Assisted Living Community, LLC remove this action to the United States District Court for the Southern District of Iowa and in support of this removal states:

1.       On September 25, 2019, Plaintiff commenced this action against Defendants in the Iowa District Court for Dallas County.  Plaintiff filed an Amended Petition at Law and Jury Demand on October 25, 2019.  This case is now pending in the Iowa District Court for Dallas County captioned as *Inge Smothers v. Rowley Memorial Masonic Home d/b/a Rowley Masonic Nursing Home, LLC; Rowley Masonic Assisted Living Community, LLC d/b/a Rowley Memorial Masonic Home; Health Dimensions Group d/b/a Health Dimensions Consulting, Inc. d/b/a Rowley Memorial Masonic Home; Kate Klimesh; and Kris Siefken*, No. LACV042007.

2. A copy of the Original Notice is attached to this Notice of Removal as Exhibit A and by this reference is incorporated herein.

3. A copy of the Petition at Law and Jury Demand is attached to this Notice of Removal as Exhibit B and by this reference is incorporated herein.

4. A copy of the Amended Original Notice is attached to this Notice of Removal as Exhibit C and by this reference is incorporated herein.

5. A copy of the Amended Petition at Law and Jury Demand is attached to this Notice of Removal as Exhibit D and by this reference is incorporated herein.

6. On November 12, 2019, Defendant Rowley Memorial Masonic Home d/b/a Rowley Masonic Nursing Home, LLC was served with the Amended Original Notice and Amended Petition at Law and Jury Demand. A copy of the proof of service is attached to this Notice of Removal as Exhibit E and by this reference is incorporated herein.

7. On November 12, 2019, Defendant Rowley Masonic Assisted Living Community, LLC d/b/a Rowley Memorial Masonic Home was served with the Amended Original Notice and Amended Petition at Law and Jury Demand. A copy of the proof of service is attached to this Notice of Removal as Exhibit F and by this reference is incorporated herein.

8. On November 15, 2019, Defendant Health Dimensions Group d/b/a Health Dimensions Consulting, Inc. was served with the Amended Original Notice and Amended Petition at Law and Jury Demand. A copy of the proof of service is attached to this Notice of Removal as Exhibit G and by this reference is incorporated herein.

9. On November 18, 2019, Defendant Kate Klimesh was served with the Amended Original Notice and Amended Petition at Law and Jury Demand. A copy of the proof of service is attached to this Notice of Removal as Exhibit H and by this reference is incorporated herein.

10. On December 2, 2019, Defendant Kris Siefken was served with the Amended Original Notice and Amended Petition at Law and Jury Demand. A copy of the proof of service is attached to this Notice of Removal as Exhibit I and by this reference is incorporated herein.

11. There have been no further proceedings in the Iowa District Court for Dallas County in this case.

12. This is a civil action in which Plaintiff seeks damages under Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. section 1981, and the Age Discrimination in Employment Act of 1967 ("ADEA").

13. This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331 and this action may be removed under 28 U.S.C. § 1441(a) without regard to the amount in controversy or the citizenship of the parties.

14. Some of Plaintiff's claims arise under Title VII, 42 U.S.C. section 1981 and the ADEA, which are laws of the United States within the meaning of 28 U.S.C. § 1331.

15. The Court may exercise supplemental jurisdiction over Plaintiff's remaining state law claims pursuant to 28 U.S.C. § 1441(c)(B).

16. All Defendants join in and consent to this removal. Copies of the consents are attached to this Notice of Removal as Exhibit J and by this reference are incorporated herein.

17. Defendants Rowley Memorial Masonic Home and Rowley Masonic Assisted Living Community, LLC file this Notice with the Court within 30 days after service of the Amended Petition at Law and Jury Demand on Defendants Rowley Memorial Masonic Home and Rowley Masonic Assisted Living Community, LLC.

18. A copy of this Notice of Removal is being filed in the Iowa District Court for Dallas County.

THEREFORE, Defendants Rowley Memorial Masonic Home and Rowley Masonic Assisted Living Community, LLC give notice that the above-entitled action is removed to this Court from the Iowa District Court for Dallas County.

/s/ Mitchell R. Kunert, AT0004458
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1600
Des Moines, IA  50309
Telephone:  (515) 283-3112
Facsimile:  (515) 283-8045
Email:  mrkunert@nyemaster.com
ATTORNEYS FOR DEFENDANTS ROWLEY MEMORIAL MASONIC HOME AND ROWLEY MASONIC ASSISTED LIVING COMMUNITY, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2019, I filed the foregoing document to the Clerk of the Court for filing and uploading into the ECF system, which will send notification to the following ECF system participants.

John Q. Stoltze
Stoltze & Stoltze, P.L.C.
300 Walnut, Suite 260
Des Moines, Iowa 50309
john.stoltze@stoltze law.com
ATTORNEY FOR PLAINTIFF

/s/ Mitchell R. Kunert